# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLMAR ELECTRIC SERVICES CORP.,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOSEPH KYLE DAILEY,**<br><br>Defendant. | 4:18CV3016<br><br>ORDER |

The Court's records show the Office of the Clerk of Court sent a letter on January 31, 2018, ECF No. 4, to Kevin J. O'Connell. The letter directed the attorney to (1) register for admission to practice in this Court, as required by NEGenR 1.7(d) or (f); and (2) register for the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska, as required by NEGenR 1.3, within fifteen days of the date of the letter. As of the close of business on April 24, 2018, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. Accordingly,

IT IS ORDERED: On or before May 10, 2018, attorney Kevin J. O'Connell shall register for admission and register for the CM/ECF system or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing Kevin J. O'Connell as counsel of record for the Defendant.

Dated this 25th day of April, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge